UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD IDEN,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN RESEARCH AGENCY, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00631-MMD-CLB<br><br>ORDER |

Before the Court is Plaintiff Richard Iden's voluntary motion to dismiss, and his subsequent letter inquiring about it. (ECF Nos. 3, 4.) Plaintiff attempted to sue Defendants under 42 U.S.C. § 1983 on October 15, 2019. (ECF No. 1.) On October 24, 2019, Plaintiff filed the pending motion for voluntary dismissal so he could potentially refile his case at a later date. (ECF No. 3.) He then followed up with a letter asking why his case has not been dismissed. (ECF No. 4.) No Defendants have been served or appeared in this case, much less filed an answer.

Plaintiff may therefore seek dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). The Court will grant Plaintiff's motion under this rule.

It is therefore ordered that Plaintiff's voluntary motion to dismiss (ECF No. 3.) is granted. Plaintiff's case is dismissed in its entirety, without prejudice. The Clerk of Court is directed to close this case accordingly.

DATED THIS 12th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE